STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
MICHAEL ORECCHIO, DEFENDANT-RESPONDENT.

See same case below: 27 *N. J. Super.* 484.

*Mr. Theodore D. Parsons, Mr. Albert M. Ash* and *Mr. David H. Harris* for the petitioner.

*Mr. Albert S. Gross, Mr. Leon W. Kapp* and *Mr. Herman W. Kapp* for the respondent.

January 25, 1954.  Granted.

ORIGINAL R & R EMPIRE PICKLE WORKS, INC., PLAIN-
TIFF-RESPONDENT, v. PRODOTTI ALIMENTARI, G.
ARRIGONI & C., SOCIETA PER AZIONI, DEFENDANT-
PETITIONER.

See same case below: 28 *N. J. Super.* 405.

*Mr. Victor Ruskin* and *Mr. Samuel H. Nelson* for the petitioner.

*Messrs. Kristeller & Zucker* for the respondent.

February 1, 1954.  Denied.